UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:        Thomas Sweat Sr.                    Case No.   **08-32185-DOT**
              Debtor(s)                           Chapter 13

APPLICATION FOR SUPPLEMENTAL COMPENSATION
OF ATTORNEY FOR DEBTOR(S)

Richard Oulton, Attorney for the Debtor(s) (the "Attorney"), applies for approval and payment of supplemental compensation as attorney for the Debtor(s) in the amount of $250**.**

1. The Attorney has provided services to the Debtor(s) in connection with the following:

    **DEFENSE OF MOTION FOR RELIEF FROM AUTOMATIC STAY (CONTESTED HEARING)** filed on **12/22/2009** for which the Attorney requests compensation for service in the amount of $250.

2. Fees in the amount of $3,000.00 having been previously been paid by the Debtor(s) or approved for payment through the Debtor(s) Chapter 13 plan.

3. The Attorney is the sole provider of legal services to the Debtor(s).

4. The requested fee can be paid without reducing the dividend on unsecured claims promised in the Debtor(s) confirmed Chapter 13 plan.

5. The requested fee is determined from the schedule of fees and costs approved by the Court in Standing Order No. 08-1.

                                    Respectfully submitted,

                                    /s/ Richard J. Oulton
                                    Richard J. Oulton (VSB#29640)
                                    Attorney for Debtor
                                    The Debt Law Group, PLLC
                                    2800 N. Parham Rd, Ste 100
                                    Henrico, VA 23294
                                    (804)308-0051/Fax: (804)308-0053

Certificate of Service

I certify that on **1/4/2011**, I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system or by mail to the Debtor(s), Chapter 13 Trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1(d)(3), and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court, a copy of which is attached.

                                    /s/ Richard J. Oulton
                                    Richard J. Oulton

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:        Thomas Sweat Sr.                    Case No.    **08-32185-DOT**
              Debtor(s)                            Chapter 13

NOTICE OF MOTION

Counsel for the Debtor(s) has filed an Application for Supplemental Compensation (the "Motion") in the amount of $**250** for defense of a motion for relief from the automatic stay in a contested hearing. The supplemental compensation will not reduce the payment to unsecured creditors under the Debtor(s) confirmed Chapter 13 plan.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your view on the Motion, then on or before 14 days from the date of this motion you or your attorney must:

> File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.
>
> Clerk of Court
> United States Bankruptcy Court
> 701 E. Broad Street
> Richmond, VA 23219

You must also mail a copy to:          Richard J. Oulton, Esq.
                                        The Debt Law Group, PLLC
                                        2800 N. Parham Rd, Ste 100
                                        Henrico, VA 23294
                                        Attorney for the Debtor(s)

:    Chapter 13 Trustee:   Robert E. Hyman, P.O. Box 1780, Richmond, VA 23219-1780

> Attend a hearing which will be scheduled at a later date. You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

**1/4/2011**                                        /s/ Richard J. Oulton

        Richard J. Oulton (VSB#29640)
        Attorney for Debtor
        The Debt Law Group, PLLC
        2800 N. Parham Rd, Ste 100
        Henrico, VA 23294
        (804)308-0051/Fax: (804)308-0053

CERTIFICATE OF SERVICE

The undersigned hereby certifies that I have on **January 4, 2011,** mailed a true copy of the foregoing Notice of Motion to the parties listed on the attached service list.

        /s/ Richard Oulton
        Richard J. Oulton

**Service list:**

**Robert E. Hyman**
**P.O. Box 1780**
**Richmond, VA 23219-1780**

**NAME AND ADDRESSES OF CREDITORS**

```
AFSCME Advantage
Union Plus
P.O. Box 80027
Salinas, CA 93912-0027


Allied Interstate
3000 Corporate Exchange Dr.
5th Floor
Columbus, OH 43231


Cap One
Po Box 85520
Richmond, VA 23285


Capital One Bank (USA) N.A.
P.O. Box 70884
Charlotte, NC 28272-0884


Ccs/Cortrust Bank
500 E 60th St N
Sioux Falls, SD 57104


Citifinancial
Po Box 499
Hanover, MD 21076


Citifinancial
Bankruptcy Dept.
P.O. Box 140489
Irving, TX 75014-0489


GC Services Limited Part
P6330 Gulfton
Houston, TX 77081


Gemb/Lowes Dc
Po Box 981416
El Paso, TX 79998


Gemb/Walmart
Po Box 981400
El Paso, TX 79998
```

```
Grand Oaks Senior
Grand Oaks Forest Circle
Chester, VA 23831


Grand Oaks Senior
5301 Grand Oaks Forest Circle
Chester, VA 23831


Home Depot Credit Services
P.O. Box 689100
Des Moines, IA 50368-9100


Hsbc Bank
Po Box 5253
Carol Stream, IL 60197


MRS Associates
3 Executive Campus
Suite 400
Cherry Hill, NJ 08002


MRS Associates, Inc.
3 Executive Campus
Suite 400
Cherry Hill, NJ 08002


Nationalsl
5301 Midlothian Tnpk
Richmond, VA 23225


Thd/Cbsd
Po Box 6497
Sioux Falls, SD 57117


Wash Mutual/Providian
Po Box 9180
Pleasanton, CA 94566


Wells Fargo
Po Box 29704
Phoenix, AZ 85038


Wfs/Wachovia Dealer Sv
P.O. Box 1697
Winterville, CA 92623
```